UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY GREPPIN POWERS, <br><br> Defendant. | Case No. 2:19-CV-01005-JCM-EJY <br><br> **ORDER** |

Before the Court is Plaintiff Ameriprise Financial Services, Inc.'s Ex Parte Motion for Approval of Service by Publication and to Extent [sic] Time for Service (ECF No.14). Plaintiff has demonstrated substantial efforts to effect personal service on Defendant Dorothy Greppin Powers during the 90 day period preceding the filing of Plaintiff's Motion. Plaintiff seeks permission from the Court to serve its Complaint by publication, which would necessarily also require an extension of time to effect service.

Pursuant to Fed. R. Civ. P. 4(e)(1), service of Plaintiff's Complaint filed in federal court may be effectuated by following Nevada state law pertaining to proper service. Nevada Rule of Civil Procedure 4.4 (c) allows for service by publication as quoted on pages 4 and 5 of Plaintiff's Motion. Plaintiff has met the requirements of Nev. R. Civ. P. 4.4(c)(1) demonstrating that the Plaintiff cannot be found after a diligent search was made. Pursuant to Nev. R. Civ. P. 4.4(c)(2), Plaintiff has demonstrated that (i) a cause of action exists against the Defendant, (ii) Defendant is a necessary party to the action filed, and (iii) Plaintiff is aware of only two possible last known addresses at which Defendant may reside, and has diligently attempted service at those addresses on dates identified throughout June, July, August and September, 2019; (iv) Plaintiff knows of no other addresses at which Defendant resides or at which she can be found; (v) publication is sought based on facts establishing that Defendant cannot be found as set forth in exhibits attached to Plaintiff's

Motion; (vi) the Nevada Legal News is a proper publication in which the summons should be published; and (vii) the language to be used in the publication is the language set forth in the summons itself.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Approval of Service by Publication (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's time to serve Defendant shall be extended by eight weeks, measured from the first day following the date of this Order.

DATED: September 19, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE