1  **FENNEMORE CRAIG, P.C.**
2  Richard I. Dreitzer (Nevada Bar No. 6626)
   Elizabeth J. Bassett (Nevada Bar No. 9013)
3  300 S. Fourth Street, Suite 1400
   Las Vegas, NV 89101
4  Tel: (702) 692-8000
   Email: rdreitzer@fclaw.com; ebassett@fclaw.com
5
6  **SHUMAKER, LOOP & KENDRICK, LLP**
   Scott A. La Porta, Esq.
7  Admitted *Pro Hac Vice*
   240 S. Pineapple Ave, Suite 1000
8  Sarasota, FL 34236
   Tel: (941) 366-6660
9  Email: slaporta@shumaker.com

10 *Counsel for Plaintiff Ameriprise Financial Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., | Case No.: 2:19-cv-01005-JCM-EJY |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| v. | |
| DOROTHY GREPPIN POWERS, | |
| Defendant. | |

TO:  THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Brenoch R. Wirthlin is no longer associated with Fennemore Craig, P.C., as counsel for Plaintiff Ameriprise Financial Services, Inc., in the above-

//////////

//////////

//////////

//////////

//////////

15733029/050196.0001

captioned matter and should be removed from all further notices.

DATED: April 22, 2020.

**FENNEMORE CRAIG, P.C.**

By:   /s/   Elizabeth J. Bassett
Richard Dretizer, Esq. (SBN 6626)
Elizabeth J. Bassett, Esq. (SBN 9013)
300 S. Fourth St., Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000
rdreitzer@fclaw.com
ebassett@fclaw.com

and

**SHUMAKER, LOOP & KENDRICK, LLP**
Scott A. La Porta, Esq.
Admitted *Pro Hac Vice*
240 S. Pineapple Ave, Suite 1000
Sarasota, FL  34236
Tel:  (941) 366-6660
slaporta@shumaker.com

*Attorneys for Plaintiff Ameriprise Financial Services, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2020

2

15733029/050196.0001