**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer (Nevada Bar No. 6626)
Elizabeth J. Bassett (Nevada Bar No. 9013)
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Tel: (702) 692-8000
Email: rdreitzer@fclaw.com; ebassett@fclaw.com

**SHUMAKER, LOOP & KENDRICK, LLP**
Scott A. La Porta, Esq.
Admitted *Pro Hac Vice*
240 S. Pineapple Ave, Suite 1000
Sarasota, FL  34236
Tel:  (941) 366-6660
slaporta@shumaker.com

*Counsel for PLAINTIFF,*
*AMERIPRISE FINANCIAL SERVICES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., | Case No.:   2:19-cv-01005-JCM-EJY |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| DOROTHY GREPPIN POWERS, | |
| Defendant. | |

Plaintiff, AMERIPRISE FINANCIAL SERVICES, INC. ("PLAINTIFF" or "AMERIPRISE FINANCIAL"), appearing by and through its counsel of record, Richard I. Dreitzer and Elizabeth J. Bassett of Fennemore Craig, P.C. and Scott A. La Porta of Shumaker, Loop & Kendrick, LLP, having made its Motion for Entry of Default Judgment in favor of PLAINTIFF and against Defendant, DOROTHY GREPPIN POWERS ("DEFENDANT" or "POWERS"), said DEFENDANT having failed to make any appearance, a Default having been

entered against DEFENDANT for her failure to appear after notice having been given, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That the Arbitration Award issued on October 11, 2019 is hereby confirmed pursuant to 9 U.S.C. § 9;

2. That judgment be entered in favor of PLAINTIFF and against DEFENDANT in the principal amount of $185,433.07, which consists of: (a) $145,347.02 in compensatory damages; (b) $36,279.10 in attorney fees; and (c) $3,806.95 in costs;

3. That judgment in favor of PLAINTIFF and against DEFENDANT shall further include interest on the $145,347.02 in compensatory damages, to accrue at the rate of 10% per annum-which is $39.82 per day-until the amount is paid in full as set forth in the Arbitration Award; and

4. That judgment in favor of PLAINTIFF shall further include $1,488 for the costs of this action.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2020